THE OLSEN LAW FIRM, LLC
James Olsen, #26833
15396 N. 83rd Avenue, Suite F-101
Peoria, Arizona 85381
Telephone (602) 325-3635
Facsimile (623) 933-7995
notification@azbklawfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| **SCOTT DAVID YOUNG,** | ) ) ) | Case Number 2:13-bk-16006-GBN |
| Debtor. | ) ) ) ) ) ) | **NOTICE OF LIMITED APPEARANCE AND 2016(B) STATEMENT** |

Debtor, by and through undersigned counsel, hereby gives notice to all interested parties that Joon Kee, Kee Law Firm, PLC, shall appear at the Debtor's Meeting of Creditors on behalf of Debtor and shall be compensated $0.00 for his services. This appearance is limited only to the Meeting of Creditors and all future notices, pleadings and correspondence shall be mailed to James Olsen at the address above.

DATED October 17, 2013.

The Olsen Law Firm, LLC

By /s/ James R. Olsen
James R. Olsen
15396 North 83rd Avenue
Suite F-101
Peoria, AZ 85381